IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL M. BENN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 09-2999 |
| | : | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | : | |
| | : | |
| Defendant/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| L. BRUCE HOFFMAN, GARCES & GRABLER, P.C. and GEORGE CARR, | : | |
| | : | |
| Third-Party Defendants. | : | |

## **O R D E R**

**AND NOW**, this 23rd day of June, 2010, upon consideration of the Motion for Summary Judgment filed by Defendant/Third-Party Plaintiff Liberty Mutual Fire Insurance Company ("Liberty Mutual") (Doc. No. 24), the Motion for Summary Judgment filed by Third-Party Defendant L. Bruce Hoffman, Esquire ("Hoffman") (Doc. No. 23), the Motion for Summary Judgment filed by Third-Party Defendant Garces & Grabler, P.C. ("Garces & Grabler") (Doc. No. 25) and the Motion for Summary Judgment filed by Third-Party Defendant George Carr ("Carr") (Doc. No. 26), and the Responses and Replies thereto, it is hereby **ORDERED** as follows:

(1) Liberty Mutual's Motion is **GRANTED**;

(2) Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**;

(3) Liberty Mutual's Third-Party Complaint is **DISMISSED WITH PREJUDICE**;

(4) Hoffman's Motion is **DENIED AS MOOT**;

(5) Garces & Grabler's Motion is **DENIED AS MOOT**; and

(6) Carr's Motion is **DENIED AS MOOT**.

BY THE COURT:

 /s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE